*efiled 4/3/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHARLES LEVI LYTLE,<br>　a/k/a Charlie Lytle, and<br>AMY MARIA IHRKE,<br><br>　　　Defendants. | No. CR 07-00108 JF<br><br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT, 18 U.S.C. § 3161<br><br><br><br><br>SAN JOSE VENUE |

　　　This matter came before the Court for a status hearing on Friday, March 30, 2007. Counsel for the government and the defendants were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendants' and the public's interests in a speedy trial inasmuch as the parties need additional time for investigation and effective preparation, including obtaining and reviewing discovery in this matter.

　　　IT IS HEREBY ORDERED that this case is continued to Wednesday, May 9, 2007 at 9:00 a.m. for a status hearing.

　　　IT IS FURTHER ORDERED that the period of time from March 30, 2007 through and including May 9, 2007 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:  4/3/07

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California  95113

DANIEL LEE BARTON
Nolan, Armstrong & Barton, LLP
600 University Avenue
Palo Alto, CA  94301

EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
300 Montgomery Street, Suite 1100
San Francisco, CA  94104

ORDER         2