John L. Williams, Esq. SBN: 43912
MANCHESTER, WILLIAMS & SEIBERT
125 S. Market St., Suite 1100
San Jose, CA 95113-2286
408.287.6193 – Telephone
408.287.1554 - Facsimile

Attorney for Defendant, Mark Faris

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00108 JF |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | CONTINUING DATE FOR HEARING |
| vs. ) | |
| ) | Date: September 24, 2008 |
| MARK BURGOYNE FARIS, ) | Time: 9:00 a.m. |
| ) | Court: Honorable Jeremy Fogel |
| Defendant. ) | |

Defendants, by and through their respective counsel, and the United States by and through Assistant United States Attorney hereby stipulate and agree as follows:

1. Mr. Williams is currently in a trial 5 days a week, and the trial is expected to last through September 2008.

2. For this reason defendant Mark Faris requests that the Court continue the sentencing hearing currently scheduled for September 26, 2008 to October 8, 2008, at 9:00 a.m.

1. Mr. Williams is currently in a trial expected to last through September 2008.

2. The parties agree that the Status Conference currently scheduled for September 24, 2008, be continued until October 8, 2008.

Dated:  September 16, 2008                      _____/s/_____
                                                Richard Cheng
                                                Assistant United States Attorney

Dated: September 16, 2008                    _____/s/_____
                                             John L. Williams
                                             Attorney for Defendant Mark Faris

Dated: September 16, 2008                    _____/s/_____
                                             Daniel Barton
                                             Attorney for Defendant Charles Levi Lytle

Dated: September 16, 2008                    _____/s/_____
                                             Williams Michael, Jr.
                                             Attorney for Defendant
                                             Stephen Duane Chicoine

Dated: September 16, 2008                    _____/s/_____
                                             Edward W. Swanson
                                             Attorney for Defendant

# ORDER

The parties having stipulated thereto, and good cause appearing therefore, IT IS HEREBY ORDERED that the hearing scheduled for September 24, 2008, is vacated, and the matter is continued for further status conference on October 8, 2008, at 9:00 a.m. before the Honorable Jeremy Fogel, United States District Judge.

Dated: 9/18/08                               _____
                                             United States District Judge

Stipulation And [Proposed] Order Continuing Date For Hearing                    2