1  Daniel L. Barton, Esq., (SBN: 135806)

2   Nolan, Armstrong
3  & Barton, LLP

4  600 University Ave. \ Palo Alto, Ca. 94301
   Tel. (650) 326-2980  Fax (650) 326-9704
5
   Attorney for Defendant
6  Charles Levi Lytle

7              UNITED STATES DISTRICT COURT
8              NORTHERN DISTRICT OF CALIFORNIA
9                   SAN JOSE DIVISION
10

11 | UNITED STATES OF AMERICA,           | Case No. CR-07-00108 JF
12 |                   Plaintiff,        | STIPULATION TO CONTINUE
13 |         v.                          | SENTENCING HEARING AND
14 |                                     | [PROPOSED] ORDER
15 | CHARLES LEVI LYTLE,                 |
16 |                   Defendant.        |
17

18     The United States of America, by and through Joseph Russoniello, United States
19 Attorney for the Northern District of California, and Richard C. Cheng, Assistant United
20 States Attorney for said District, and defendant Charles Levi Lytle, through his attorney
21 Daniel L. Barton, hereby stipulate and agree that the sentencing hearing presently set in
22 this matter be continued from Wednesday, May 13, 2009, to Wednesday, June 3, 2009.
23     This stipulation is entered into for the following reasons:
24     On April 14, 2009, defendant and the United States Attorney for the Northern
25 District of California stipulated to a continuance of the hearing to May 13, 2009. In an
26 order dated April 14, 2009, the court granted the continuance and set the sentencing
27 hearing for May 13, 2009.
28

1  After the court entered the order continuing the sentencing date, defense counsel
2  was advised by United States Probation Officer Ben Flores that he was unavailable on
3  May 13, 2009 and indicated that the case would need to be continued to either May 20,
4  2009, May 27, 2009, or June 3, 2009 if Mr. Flores is to appear at the hearing. Assistant
5  United States Attorney Richard Cheng indicated that June 3, 2009 was the date most
6  convenient to his schedule.

7  Defendant requests that the court grant a further continuance of the sentencing in
8  this matter in order to facilitate the appearance of United States Probation Officer Ben
9  Flores at the sentencing hearing in this matter.

10  For the foregoing reasons, it is respectfully requested that the sentencing hearing
11  be continued to June 3, 2009, at 9:00 a.m.

NOLAN, ARMSTRONG & BARTON LLP

Dated: 4/28/09

DANIEL L. BARTON
Attorney for Charles Levi Lytle

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 4/27/09

RICHARD C. CHENG
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 5/5/09

THE HONORABLE JEREMY FOGEL
United States District Judge

- 2 -
STIPULATION AND ORDER CONTINUING SENTENCING HEARING: CASE NO: CR 07-00108 JF